IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOUIS G. ORSATTI, DDS, P.C., | § § § § | REMOVED FROM CAUSE NO. 2020CI11203 407TH JUDICIAL DISTRICT BEXAR COUNTY |
| *Plaintiff*, | § § | |
| VS. | § § | Civil Action No. 5:20-CV-00840-FB |
| ALLSTATE INSURANCE COMPANY and BLESSING SEFOFO WONYAKU | § § § § | |
| *Defendants*. | § § | |

### PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO REMAND

Plaintiff, Louis G. Orsatti, DDS, P.C., respectfully submits his Motion for Leave to file Supplemental Authority in support of his Opposed Motion to Remand [ECF Doc. 3].

1. On September 8, 2020, the Honorable Xavier Rodriguez in Western District of Texas San Antonio Division granted Plaintiffs' Motion to Remand on substantially similar claims against its insurer and its adjuster brought by restaurants seeking to recover for losses incurred as the result of the COVID-19 pandemic and government stay-at-home orders issued in response to the COVID-19 pandemic. *See Jada Restaurant Group, LLC., et. al. v. Acadia Insurance Company and Christopher Michels,* Case No. 20-cv-807-XR, Doc. 15. *See* attached Exhibit A.

2. The Court held that Chapter 542A of the Texas Insurance Code is not applicable to Covid-19 business interruption claims because Covid-19 is not a force of nature. *Id.* at pp. 5-6. The Court further held that the plaintiffs adequately pled a cause of action against the insurance

1

adjuster – allegations similar to the ones alleged in this case against Defendant Wonyaku. *Id.* at pp. 6-8.

3. Plaintiff respectfully requests that the Court grant his Motion for Leave and allow this supplemental authority to be considered for his Motion to Remand.

                         Respectfully submitted,

                         THE LOYD LAW FIRM, P.L.L.C.
                         12703 Spectrum Drive, Suite 201
                         San Antonio, Texas  78249
                         Telephone:  (210) 775-1424
                         Facsimile:  (210) 775-1410
                         Electronic Mail:  shannon@theloydlawfirm.com

BY: _____
        SHANNON E. LOYD
        State Bar No. 24045706

        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel attempted to confer with counsel for Defendant Allstate regarding the subject of this Motion, and as of this filing, Allstate's attorney has not responded. Therefore, Plaintiff assumes the Motion is opposed.

_____
SHANNON E. LOYD

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2020, I filed a true and correct copy of the above and foregoing instrument on the Court's CM/ECF system, which served notice on all counsel of record.

                                                                                              _____
                                                                                              SHANNON E. LOYD